**Dismissed and Memorandum Opinion filed June 6, 2013.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-13-00371-CR

---

### DERON DREGSON CLARE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

### On Appeal from the 248th District Court
### Harris County, Texas
### Trial Court Cause No. 1259832

---

## M E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to assault with bodily injury to a family member. In accordance with the terms of a plea bargain agreement with the State, the trial court sentenced appellant on April 4, 2013, to confinement for three years in the Institutional Division of the Texas Department of Criminal Justice. Appellant filed a pro se notice of appeal. We dismiss the appeal.

The trial court entered a certification of the defendant's right to appeal in which the court certified that this is a plea bargain case, and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification is included in the record on appeal. *See* Tex. R. App. P. 25.2(d). The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Jamison and Donovan.
Do Not Publish — Tex. R. App. P. 47.2(b)